THE HONORABLE JAMAL WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-073-JNW |
| Plaintiff, | |
| v. | SECOND ORDER CONTINUING SENTENCING |
| BRANDON STANLEY, | |
| Defendant. | |

THE COURT has considered Brandon Stanley's unopposed motion to continue sentencing based on the pending litigation in *United States v. Duarte*, No. 22-50048 (9th Cir.). Given the pending litigation and the record in this case, the Court finds good cause to continue the sentencing date.

The Court GRANTS the motion, Dkt. No. 38, and RESETS the sentencing date of September 12, 2024, to February 6, 2024, at 9:30 a.m.

DATED this 27th day of August 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 1