HON. JAMAL WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON STANLEY,<br><br>Defendant. | No. CR23-073-JNW<br><br>(~~PROPOSED~~) ORDER TO CONTINUE SENTENCING |

THE COURT has considered Brandon Stanley's second unopposed motion to continue sentencing based on the pending litigation in *United States v. Duarte*, No. 22-50048 (9th Cir.). Based on the records in this case, the Court finds good cause to continue the sentencing date.

IT IS ORDERED that the February 6, 2025, sentencing date is stricken. Sentencing is now set for May 15, 2025.

DATED this 17th day of January 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Attorney for Brandon Stanley

ORDER TO CONTINUE SENTENCING
(*US v. Stanley*, CR23-073-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100