THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-073-JNW |
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING |
| BRANDON STANLEY, | |
| Defendant. | |

THE COURT has considered Brandon Stanley's fourth unopposed motion to continue sentencing based on the pending litigation in *United States v. Duarte*, No. 22-50048 (9th Cir.). Based on the records in this case, the Court finds good cause to continue the sentencing date.

IT IS ORDERED that the May 15, 2025, sentencing date is stricken. Sentencing is now set for August 14, 2025.

DATED this 29th day of April, 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Attorney for Brandon Stanley

ORDER TO CONTINUE SENTENCING
(*United States v. Stanley*, CR23-073-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100