THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

BRANDON STANLEY,

      Defendant.

)
)
)
)
)
)
)
)
)
)

No. CR23-073-JNW

ORDER TO CONTINUE
SENTENCING

THE COURT has considered Brandon Stanley's motion to continue sentencing along with the records in this case.

IT IS ORDERED that sentencing is rescheduled for June 18, 2026.

DATED this 11th day of February 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Brandon Stanley

ORDER TO CONTINUE SENTENCING
(*United States v. Stanley*, CR23-073-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**