THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-073-JNW |
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER TO CONTINUE SENTENCING |
| BRANDON STANLEY, | ) | |
| Defendant. | ) | |

THE COURT has considered Brandon Stanley's motion to continue sentencing, the records in this case, and the Government's June 11, 2026, notice of non-opposition (received via e-mail)

IT IS ORDERED that sentencing is rescheduled for October 16, 2026.

DATED this 12th day of June 2026.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Brandon Stanley

ORDER TO CONTINUE SENTENCING
(*United States v. Stanley*, CR23-073-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**