THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,               )    No. CR23-073-JNW
                                        )
            Plaintiff,                  )
                                        )
        v.                              )    (~~PROPOSED~~) ORDER TO SEAL
                                        )    SUPPLEMENTAL EXHIBIT 8
                                        )
BRANDON STANLEY,                        )
                                        )
            Defendant.                  )
_____)

THE COURT has considered Brandon Stanley's motion to seal supplemental exhibit 8 to his sentencing memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that supplemental exhibit 8 shall be filed under seal.

DONE this 22nd day of June 2026.

*Jamal W*
Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Brandon Stanley

ORDER TO SEAL SUPPLEMENTAL EXHIBIT 8
(*United States v. Stanley*, CR23-073-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**